UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD A. HARVEY,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>           Defendant. | No.  CV-07-0131-AMJ<br><br>ORDER GRANTING STIPULATION<br>TO REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 25). The parties have filed a recent consent to proceed before a magistrate judge. (Ct. Rec. 17).

    After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge ("ALJ") will: (1) obtain updated medical records from Plaintiff's treating sources; (2) give further consideration to Dr. Harris' opinion and provide clear and convincing reasons for rejecting any opinions in accordance with Social Security Ruling 96-2; (3) give further consideration to Plaintiff's residual functional capacity; and (4) obtain medical

ORDER GRANTING STIPULATION TO REMAND - 1

expert evidence and vocational expert evidence if warranted. The ALJ shall take any further action necessary to render a new decision in this matter.

Accordingly, this court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties Stipulation to Remand (**Ct. Rec. 25**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

**IT IS SO ORDERED.**

**DATED** this ____15th____ day of November, 2007.

                                            *S/Larry M. Boyle*
                                      THE HONORABLE LARRY M. BOYLE
                                      UNITED STATES MAGISTRATE JUDGE